**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00212-REB-KMT

COREY ALDEN CLARK,

    Plaintiff,

v.

Former or Current Denver Police Officers BRIAN PACELKO,
JOSHUA VALERIAO, and Other Unknown Officers, in Their Individual and Official Capacities,
GERALD R. WHITMAN, Former Chief, Denver Police Department, in His Individual and Official Capacities,
CHIEF OF POLICE ROBERT WHITE, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on February 25, 2014 it is

    ORDERED that this case is dismissed with prejudice pursuant to F$_{ED.}$ R. C$_{IV.}$ P. 41 and D.C.COLO.LCivR 41.1; it is further

    ORDERED that judgment is entered against the plaintiff, Corey Alden Clark, in favor of the defendants, Brian Pacelko, Joshua Valeriao, Gerald R. Whitman, Chief of Police Robert White, and the City and County of Denver; and it is further

    ORDERED that the defendants are **AWARDED** their costs to be taxed by the

Case 1:13-cv-00212-REB-KMT   Document 29   Filed 02/25/14   USDC Colorado   Page 2 of 2

clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of February, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Kathleen Finney

    Kathleen Finney
    Deputy Clerk